Apr-09-04    11:44am    From-Lynn Tillotson & Pinker

1  Richard F.G. Thomas - State Bar No. 89564
   HODGES & THOMAS, a Partnership of Professional Corporations
2  2200 Pacific Coast Highway, Suite 302
   Hermosa Beach, California 90254-2702
3  Telephone (310) 318-3366
   Facsimile (310) 318-6283
4
5  Attorney for plaintiff, Marcelo Rodriguez
6
7
8
9
10
11 MARCELO RODRIGUEZ,

FILED
CLERK, U.S. DISTRICT COURT

APR 15 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 99-10576 CBM (Ctx)

12                    Plaintiff,

13   vs.

14

15 GEORGIOS KYRIACOS PANAYIOTOU,

16                    Defendant.

17

STIPULATION AND ORDER RE
VOLUNTARY DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE

Priority    ✓
Send        ✓
Enter       ✓
Closed      ✓
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only____

DOCKETED ON CM

APR 16 2004

BY              012

18

19        IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff MARCELO RODRIGUEZ

20 and Defendant GEORGIOS KYRIACOS PANAYIOTOU, through their attorneys of record, that the

21 complaint on file herein shall be dismissed with prejudice.  Plaintiff requests the dismissal and

22 defendant does not oppose it.   Each side to bear their own attorney fees and costs.

23

24 Dated:  April 9        , 2004          LYNN TILLOTSON & PINKER,  LLP

25

26   IT IS SO ORDERED                     By: _____

27   DATED ____ APR 15 2004                   Jeffrey M. Tillotson, Attorneys for
                                               Defendant, Georgios Kyriacos Panayioyou
28 ///

UNITED STATES DISTRICT JUDGE

1

(52)

Dated: ___March 24___, 2004

HODGES & THOMAS

By: _____
    Richard F.G. Thomas, Attorneys for
    Plaintiff, Marcelo Rodriguez

**IT IS SO ORDERED.**

**Dated:** _____

_____
Consuelo B. Marshall, U.S. District Judge

PROOF OF SERVICE (C.C.P. §1013(a))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

1

2
        I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not
3  a party to the within action; my employment address where the mailing referenced herein occurred is:
   2200 Pacific Coast Highway, Suite 302, Hermosa Beach, California 90254.
4
        I am familiar with the business' practices for collection and processing of correspondence for
5  mailing with the United States Postal Service at the aforementioned address, and a true copy of the
   document:
6
   STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH
7                              PREJUDICE

8    X  ; placed in a sealed envelope and deposited for collection and mailing on April 9, 2004 following
   such business' practices, and in such manner as to cause it to be deposited with the United States Postal
9  Service that same day in the ordinary course of business addressed to all such attorneys or parties
   appearing in person listed below:
10
   Jeffrey M. Tillotson
11 LYNN TILLOTSON & PINKER, LLP
   750 N. St. Paul Street, Suite 1400
12 Dallas, TX 75201
   Telephone (214) 981-3800
13 Telecopier (214) 981-3839

14
        (BY PERSONAL SERVICE)  I caused such envelope to be delivered by hand to the offices of
15 the addressee.

16      Executed on April 9, 2004at Hermosa Beach, CA.

17 ____   (State) I declare under penalty of perjury under the laws of the State of California that the above
   is true and correct.
18
     X   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose
19 direction the service was made.

20

21                                 Toni B. Apostol

22

23

24

25

26

27

28